**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CAMERON AGUILAR,

Plaintiff

v.

THE ELEVENTH JUDICIAL DISTRICT COURT, et al.,

Defendants

Case No.: 3:26-cv-00239-MMD-CSD

**Order**

At the time Plaintiff filed his complaint in this matter, he was a pretrial detainee admitted to Lake's Crossing for competency proceedings. On July 13, 2026, the court entered an order directing Plaintiff to clarify whether he intended to pursue his claims via a habeas petition. (ECF No. 3.) The court's order was returned on July 24, 2026, as undeliverable. (ECF No. 4.)

Under Local Rule IA 3-1, an attorney or pro se party must immediately file with the court written notification of any change of mailing address. Accordingly, Plaintiff shall **FILE** a notice of change of address within **21 days** of the date of this Order. A failure to comply with this Order may result in dismissal of the action or other sanction deemed appropriate by the court. LR IA 3-1.

**IT IS SO ORDERED**.

Dated: July 27, 2026

Craig S. Denney
United States Magistrate Judge